UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80495-CIV-HURLEY/HOPKINS

CLAUDIA DWYER,

    Plaintiff,

vs.

ETHAN ALLEN RETAIL, INC.,

    Defendant.
_____/

**CLOSED CASE**

## FINAL JUDGMENT

**THIS CAUSE** is before the court following the court's entry of summary judgment in favor of the defendant on all counts of the plaintiff's complaint. This court hereby enters judgment pursuant to Fed. R. Civ. P. 58 as follows:

**FINAL JUDGMENT** is entered against the plaintiff, Claudia Dwyer, who shall take nothing by this action, and in favor of the defendant, Ethan Allen Retail, Inc., who shall go hence without day. This court reserves jurisdiction to award costs and attorneys' fees, if appropriate. All pending motions are **DENIED** as moot and the Clerk of the Court shall enter this case as **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ____ day of December, 2007.

                                          Daniel T. K. Hurley
                                        United States District Judge

*Copies provided to counsel of record*